Blake C. Alsbrook, CSBN 262603
Successor Receiver
1875 Century Park East, Suite 2200
Los Angeles, California 90067-2523
Telephone: 310.553.1500
Facsimile: 310.553.1540
E-Mail:  bca@paslaw.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| OCEAN THERMAL ENERGY CORPORATION,<br><br>   Plaintiff,<br><br>vs.<br><br>C. ROBERT COE III; BRETT M. REGAL; DAVID R. LARGE; MIGRATION PARTNERS LLC; and TRADE BASE SALES, INC.,<br><br>   Defendants. | Case No.  2:19-cv-05299 VAP(JPRx)<br>2:18-mc-00141-UA<br><br>Hon. Virginia A. Phillips<br><br>**NOTICE OF WITHDRAWAL OF [PROPOSED] ORDER APPROVING SALE OF RECEIVERSHIP ESTATE PROPERTY LODGED ON DECEMBER 30, 2019 (DKT. 18-2); AND NOTICE THAT A REVISED STIPULATION AND [PROPOSED] ORDER SHALL BE SUBMITTED BY AN UNOPPOSED EX PARTE APPLICATION** |

{00225929.DOCX 64120.0001 }

Plaintiff hereby gives notice that it respectfully withdraws the [Proposed] Order Approving Sale of Receivership Estate Property (Dkt. 18-2), that was submitted to the Court on December 30, 2019 in conjunction with a Stipulation for Issuance of an Order Approving Sale of Receivership Estate Property. (Dkt. 18.)

This action involves the appointment of a Receiver in accordance with the Court's July 2, 2019, Order Granting Stipulated Application of Ocean Thermal Energy Corporation to Levy on Judgment Debtors' Brett M. Regal's and Trade Base Sales Inc.'s Property. (Dkt. 9.) Pursuant to that Order, David J. Pasternak was appointed the Receiver to levy on, among other things, certain gemstone and mineral specimens knowns as the Ophir Collection held by Defendants Brett M. Regal and Trade Base Sales Inc. (collectively "Regal").[1]

An agreement to sell the Ophir Collection to Afristocktrading (Pty) Ltd., a South African Registered company ("Afristocktrading"), was recently agreed to by Regal, Afristocktrading and the Receiver, subject to the approval of this Court. The Purchase Agreement was executed on December 24, 2019, and on December 30, 2019, the Receiver submitted a Stipulation for Issuance of Order Approving Sale of Receivership Estate Property (Dkt. 18) and the [Proposed] Order (Dkt. 18-2).

Following the filing of the foregoing documents, certain modifications were made as to the Purchase Agreement which will require the submission of a revised Stipulation and [Proposed] Order as to the sale of the Ophir Collection. The Receiver, Regal and Afristocktrading have agreed to the revisions and to the submission of a revised Stipulation and revised [Proposed] Order.

To assist the Court in its consideration of the transaction, the Receiver shall no later than Friday, January 10, 2020, submit the revised Stipulation and revised

---

[1] On November 21, 2019. Mr. Pasternak died unexpectedly and thereafter by Order dated December 3, 2019, the Court appointed Blake Alsbrook as Successor Receiver. (Dkt. 14.)

{00225929.DOCX 64120.0001 }  2

NOTICE OF WITHDRAWAL OF [PROPOSED] ORDER APPROVING SALE OF RECEIVERSHIP ESTATE PROPERTY LODGED ON DECEMBER 30, 2019 (DKT. 18-2) AND NOTICE THAT A REVISED STIPULATION AND [PROPOSED] ORDER SHALL BE SUBMITTED BY AN UNOPPOSED EX PARTE APPLICATION

1 [Proposed] Order in conjunction with an unopposed ex parte application that will lay out the details of the transaction and the revisions.

Further, the Receiver will inform the Court that if the Court believes a hearing is necessary, the Receiver and the involved parties are available for such hearing at a date and time convenient to the Court.

DATED: January 8, 2020,                    Respectfully submitted,


                                           /s/
                                           Blake C. Alsbrook
                                           Successor Receiver

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 1875 Century Park East, Suite 2200, Los Angeles, CA 90067-2523.

On **January 8, 2020**, I served true copies of the following document(s) described as **NOTICE OF WITHDRAWAL OF [PROPOSED] ORDER APPROVING SALE OF RECEIVERSHIP ESTATE PROPERTY LODGED ON DECEMBER 30, 2019 (DKT. 18-2); AND NOTICE THAT A REVISED STIPULATION AND [PROPOSED] ORDER SHALL BE SUBMITTED BY AN UNOPPOSED EX PARTE APPLICATION** on the interested parties in this action as follows:

*See Attached Service List*

☒ **BY E-MAIL:** I caused the document(s) to be sent from @paslaw.com e-mail address: to the persons at the e-mail addresses listed in the attached Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ **BY ELECTRONIC FILING:** I caused the document to be electronically filed with the Clerk of the Court and electronically served on all parties that matter.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **January 8, 2020** at Los Angeles, California.

C. German

{00220173.DOCX 64120.0001}

<u>*Ocean Therman Energy Corporation v. C. Rober coe III, etc., et al.*</u>
*United States District Court Central District of California*
*Case No. 2:19-cv-05299 VAP (JPR) related Case No. 2:18-mc-00141-UA*

*Service List*

| | |
|---|---|
| Stuart R. Fraenkel, Esq.<br>Gabriel S. Barenfeld, Esq.<br>NELSON & FRANKEL LLP<br>601 S. Figueroa, Suite 2050<br>Los Angeles, CA 9001<br>Telephone: 844.622.6469<br>Facsimile: 213.622.6019<br>E-Mail: stuart@nflawfirm.com<br>E-Mail: gbarenfeld@nflawfirm.com | *Counsel for Judgment Creditor*<br>*Ocean Thermal Energy Corporation* |
| Daniel D. Barks, Esq.<br>THE LAW OFFICES OF DANIEL D. BARKS<br>5555 Glenridge Connector, Suite 550<br>Atlanta, Georgia 30342<br>Telephone: 404.751.0632<br>Facsimile: 866.936.6382<br>E-Mail: ddb@barks-law.com | *Counsel for Judgment Creditor*<br>*Ocean Thermal Energy Corporation*<br>*(To be admitted Pro Hac Vice)* |
| Brooks Harrison, Esq.<br>Attorneys at Law, PLLC<br>1181 North Freeway, Suite 500<br>Houston, TX 77060<br>E-Mail: brooks@brooksharrison.com | *Counsel for Defendants*<br>*Brett M. Regal and Trade Base Sales, Inc.* |
| Byron M. Buchanan, Esq.<br>The Buchanan Law Office<br>2616 South Loop West, Suite 305A<br>Houston, TX 77054<br>Telephone: 713.936.0783<br>E-Mail: byron@thebuchananlawoffice.com | *Counsel for Defendants*<br>*Brett M. Regal and Trade Base Sales, Inc.* |
| Clark Hills<br>President<br>Global Trust Depository<br>5000 Birch Street, Suite 3000<br>Newport Beach, CA 92660<br>Telephone: 949.476.3662<br>Facsimile: 949.476.3659<br>E-Mail: clarkhills@globaltrustdepository.com | |

PASTERNAK,
PASTERNAK
& ALSBROOK

{00220173.DOCX 64120.0001 }

| | |
|---|---|
| James W. Kennedy<br>Kennedy & Berg LLP<br>401 Broadway, Suite 1900<br>New York, NY 10013<br>Telephone: 212-899-3410<br>E-Mail: jkennedy@kennedyberg.com | *Counsel for Judgment Creditor Sterling Financial & Realty Group, Inc. KC MP Fund, LLC and KC CA Fund, LLC* |

{00220173.DOCX 64120.0001 }