Blake C. Alsbrook, CSBN 262603
Successor Receiver
1875 Century Park East, Suite 2200
Los Angeles, California 90067-2523
Telephone: 310.553.1500
Facsimile: 310.553.1540
E-Mail: bca@paslaw.com

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| OCEAN THERMAL ENERGY CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>C. ROBERT COE III; BRETT M. REGAL; DAVID R. LARGE; MIGRATION PARTERS LLC; and TRADE BASE SALES, INC.,<br><br>Defendants. | Case No. 2:19-cv-05299 VAP(JPRx)<br>2:18-mc-00141-UA<br><br>Hon. Virginia A. Phillips<br><br>**REVISED STIPULATION FOR ISSUANCE OF AMENDED [PROPOSED] ORDER APPROVING SALE OF RECEIVERSHIP ESTATE PROPERTY** |

This Revised Stipulation for Issuance of Amended [Proposed] Order Approving Sale of Receivership Estate Property is entered into by and between Plaintiff, Defendant Brett Regal, Defendant Trade Base Sales, Inc., and Successor Receiver Blake Alsbrook ("Successor Receiver" and collectively with Plaintiff, Defendant Regal, and Defendant Trade Base Sales, Inc. the "Parties") as

follows[1]:

RECITALS

**WHEREAS,** on July 2, 2019, this Court entered an Order Granting Stipulated Application of Ocean Thermal Energy Corporation to Levy on Judgment Debtors' Brett M. Regal's and Trade Base Sales, Inc.'s Property and to Appoint Receiver ("July 2, 2019 Order") (Dkt. 9), which appointed David J. Pasternak ("Receiver") as Receiver in this matter to levy on, among other things, certain gemstone and mineral specimens known as the Ophir Collection;

**WHEREAS,** the Receiver endured debilitating health issues and, on November 21, 2019, unfortunately passed away, and this Court thereafter substituted Blake C. Alsbrook as Successor Receiver by a stipulated December 3, 2019 Order Substituting Successor Receiver (Dkt. 14);

**WHEREAS,** an agreement to sell the Ophir Collection to Afristocktrading (Pty) Ltd, a South African Registered company ("Buyer"), for $220,000,000 was thereafter reached that was agreeable to the Parties herein;

**WHEREAS,** on December 24, 2019, the Receiver entered into that agreement (the "Purchase Agreement") - a copy of which is attached hereto as **Exhibit A** (with account information redacted)- subject to this Court's approval. Pursuant to the Purchase Agreement, the total sale price of $220,000,000 will be paid by Buyer into escrow, and from that sale price, $30,000,000 will be

---

[1] The remaining Defendants Coe, Large, and Migration Partners, are not parties to this agreement and have not made an appearance in this action.

disbursed to the Receiver to be distributed as follows:

    a. $9,750,000 in satisfaction of the principal amount of the judgment due and payable in *Sterling Financial & Realty Group, Inc, et al v. Trade Base Sales, Inc., et al*; Case No. 2018-CA-00847-MB-AA (hereafter "Sterling Financial & Realty Group, Inc, et al"), in the Circuit Court of the Fifteenth Judicial Circuit, In and For Palm Beach County, Florida;

    b. $17,500,000 in satisfaction of the settlement agreement between Defendant Brett Regal, Trade Base Solution and Plaintiff, only; and

    c. The Remaining $2,750,000 to the Receiver for the payment of all outstanding costs of administration and further disbursement as directed by this Court upon the hearing of the Receiver's Final Report and Account in this matter;

**WHEREAS**, on December 30, 2019, the Successor Receiver submitted to the Court a Stipulation for Issuance of Order Approving Sale of Receivership Estate Property (Dkt. 18) and the [Proposed] Order (Dkt. 18-2).

**WHEREAS**, following the filing of the foregoing documents, certain modifications were made as to the Purchase Agreement. Specifically, Buyer desired to take title to the Ophir Collection under the name of its assignee Genera Energy Ltd.; the Parties desired to clarify the manner in which the transfer of funds and possession of the Ophir Collection would take place; and Buyer desired to clarify that the sale of the Ophir Collection was made

free and clear of liens and encumbrances. Based on these changes to the original Purchase Agreement, an Addendum to the Purchase and Sale Agreement was entered into, a true and correct copy of which is attached hereto as **Exhibit B**. Moreover, in satisfaction of those desired changes, the Parties and Buyer consulted and approved the form of the Amended Proposed Order Approving Sale of Receivership Estate Property that is filed concurrently herewith, which Amended Proposed Order specifies the following procedure for the sale transaction:

- Successor Receiver shall direct his agent Clark Hills, Vault Manager for Global Trust Depository, to issue a Safekeeping Receipt in the name of Genera Energy Ltd ("Buyer's designee") immediately upon his receipt of the proposed order filed concurrently herewith being signed by the Court;

- Successor Receiver shall direct his agent, Clark Hills, Vault Manager for Global Trust Depository, to deliver the original newly-issued Safekeeping Receipt to Successor Receiver Blake Alsbrook;

- Successor Receiver shall direct his agent, Clark Hills, Vault Manager for Global Trust Depository, to deliver a copy of the newly-issued Safekeeping Receipt to Buyer.

- Successor Receiver shall retain possession of the original newly-issued Safekeeping Receipt until he has acknowledged receipt of Thirty Million Dollars ($30,000,000.00 USD) of the Purchase Price from Buyer in his receivership account;

- The Parties shall make available a copy of the signed

order and a copy of the newly-issued Safekeeping Receipt to all financial institutions necessary in effectuating the transfer of the purchase of the Ophir Collection by way of an MT103 wire transfer (the "MT103 Wire Transfer") to an escrow account established by Clark Hills, the escrow agent;

- Once the MT103 Wire Transfer into the escrow account established by Clark Hills has been completed, the Successor Receiver shall direct his agent, Clark Hills, to transfer Thirty Million Dollars ($30,000,000.00) to Successor Receiver's receivership account;

- Once Successor Receiver acknowledges receipt of Thirty Million Dollars ($30,000,000.00 USD) into his receivership account from the escrow agent, he shall deliver to Buyer the signed order along with the original, newly-issued Safekeeping Receipt, specifying that the transfer of the Ophir Collection is made free and clear of all liens and encumbrances;

- The Successor Receiver shall direct his agent, Clark Hills, Global Trust Depository Vault Manager, to retain possession of the Ophir Collection until the Successor Receiver has delivered to Buyer the original, newly-issued Safekeeping Receipt pursuant to the terms of the signed order and the full Purchase Price has been received into his escrow account;

- The Successor Receiver shall direct his agent, Clark Hills, the escrow agent, to retain the balance of the Purchase Price in his escrow account until such time as

        the signed order and the original, newly-issued Safekeeping Receipt are delivered to Buyer pursuant to the terms of the order;

- Once the signed order and the original newly-issued Safekeeping Receipt are delivered to Buyer pursuant to the terms of this order, the Successor Receiver shall direct his agent, Clark Hills, the escrow agent, to distribute the funds remaining in his escrow account in accordance with the Purchase and Sale agreement entered into by the parties.
- If the full Purchase Price is not received into the escrow account established by Clark Hills within Seventy-Two (72) hours, excluding non-commercial banking days, of Buyer's receipt of a copy of the newly-issued Safekeeping Receipt, the Successor Receiver shall direct his agent Clark Hills, Global Trust Depository Vault Manager, to invalidate the newly-issued Safekeeping Receipt and issue a Safekeeping Receipt in the name of the Successor Receiver.

**WHEREAS,** the Purchase Agreement and Addendum entered into will result in the payment of the principal amount of the judgment lien of Sterling Financial and Realty Group, Inc. *et al.*, and Plaintiffs' settlement with Defendant Regal and Defendant Trade Base Sales, as against the Ophir Collection of which the Parties and the Successor Receiver are aware, after which any interest and attorney's fees sought may be requested to be paid from the remaining funds in the Receivership Estate at

the time the Successor Receiver files his Final Report and Account.

**WHEREAS,** the Parties and the Buyer believe that time is of the essence with regard to closing this sale given the large sum of money that will be held in escrow, and therefore respectfully request that this Court issue its order as soon as possible.

**STIPULATION**

**NOW, THEREFORE,** the Parties hereby stipulate and agree that this Court issue an Order approving the sale and authorizing the Successor Receiver to proceed with the sale of the Ophir Collection as detailed in the Purchase Agreement herein.

DATED: January 10, 2020

-S-
Blake C. Alsbrook
Successor Receiver

DATED: January 10, 2020

-S-
Stuart R. Fraenkel
Attorney for Plaintiff, Ocean Thermal Energy Corporation

DATED: January 10, 2020

-S-
Daniel D. Barks
Attorney for Plaintiff, Ocean Thermal Energy Corporation

DATED: January 10, 2020

-S-
Brooks Harrison
Byron M. Buchanan
Attorneys for Defendants
Brett M. Regal and Trade Base Sales, Inc.

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action.** I am employed in the County of Los Angeles, State of California. My business address is 1875 Century Park East, Suite 2200, Los Angeles, CA 90067-2523.

On **January, 10, 2020** , I served true copies of the following document(s) described as **(1) REVISED STIPULATION FOR ISSUANCE OF AMENDED [PROPOSED] ORDER APPROVING SALE OF RECEIVERSHIP ESTATE PROPERTY; (2) [AMENDED PROPOSED] ORDER APPROVING SALE OF RECEIVERSHIP ESTATE PROPERTY** on the interested parties in this action as follows:

***See Attached Service List***

☒ **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the service list. The envelope or package was mailed with postage thereon fully prepaid. I am "readily familiar" this firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on the same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

☒ **BY ELECTRONIC FILING:** I caused the document to be electronically filed with the Clerk of the Court and electronically served on all parties that matter.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **January 10, 2020**, at Los Angeles, California.

C. German

***Ocean Therman Energy Corporation v. C. Rober coe III, etc., et al.***
***United States District Court Central District of California***
***Case No. 2:19-cv-05299 VAP (JPR) related Case No. 2:18-mc-00141-UA***

***Service List***

Stuart R. Fraenkel, Esq.
Gabriel S. Barenfeld, Esq.
NELSON & FRANKEL LLP
601 S. Figueroa, Suite 2050
Los Angeles, CA 9001
Telephone: 844.622.6469
Facsimile: 213.622.6019
E-Mail: stuart@nflawfirm.com
E-Mail: gbarenfeld@nflawfirm.com

*Counsel for Judgment Creditor*
*Ocean Thermal Energy Corporation*

Daniel D. Barks, Esq.
THE LAW OFFICES OF DANIEL D. BARKS
5555 Glenridge Connector, Suite 550
Atlanta, Georgia 30342
Telephone: 404.751.0632
Facsimile: 866.936.6382
E-Mail: ddb@barks-law.com

*Counsel for Judgment Creditor*
*Ocean Thermal Energy Corporation*
*(To be admitted Pro Hac Vice)*

Brooks Harrison, Esq.
Attorneys at Law, PLLC
1181 North Freeway, Suite 500
Houston, TX 77060
E-Mail: brooks@brooksharrison.com

*Counsel for Defendants*
*Brett M. Regal and Trade Base Sales, Inc.*

Byron M. Buchanan, Esq.
The Buchanan Law Office
2616 South Loop West, Suite 305A
Houston, TX 77054
Telephone: 713.936.0783
E-Mail: byron@thebuchananlawoffice.com

*Counsel for Defendants*
*Brett M. Regal and Trade Base Sales, Inc.*

Clark Hills
President
Global Trust Depository
5000 Birch Street, Suite 3000
Newport Beach, CA 92660
Telephone: 949.476.3662
Facsimile: 949.476.3659
E-Mail: clarkhills@globaltrustdepository.com

James W. Kennedy
Kennedy & Berg LLP
401 Broadway, Suite 1900
New York, NY 10013
Telephone: 212-899-3410
E-Mail: jkennedy@kennedyberg.com

*Counsel for Judgment Creditor Sterling Financial & Realty Group, Inc. KC MP Fund, LLC and KC CA Fund, LLC*