# THE OPHIR COLLECTION

## PURCHASE AND SALE AGREEMENT
## ADDENDUM AGREEMENT I

An agreement was previously made by and between Afristocktrading (PTY) LTD, Blake C. Alsbrook, Trade Base Sales, Inc, and Global Trust Depository (hereinafter referred to as "Original Agreement) for the purchase and sale of the asset described as The Ophir Collection, and effective December 20, 2019.

The parties wish to modify the terms of the Original Agreement as set forth in this addendum.

In consideration of the mutual promises herein, the parties, intending to be legally bound, agree that the following constitutes additional terms and conditions of the Original Agreement and shall be incorporated as part of the Original Agreement for all purposes.

1. Modification Item 1: The Parties agree that the Safekeeping Receipt described in Article I, Paragraph 2.5(c) of the Original Agreement will be issued in the name of Genera Energy Ltd.

2. Modification Item 2: The Parties agree that any order approving the sale of the Ophir Collection issued by the United States District Court in the Central District of California ("USDC-CDCA") in cause number 2:19-cv-05299 VAP (JPRx) shall constitute additional terms and conditions of the Original Agreement and shall be incorporated therein for all purposes. To the extent any provision of any order approving the sale of the Ophir Collection issued by the United States District Court in the Central District of California ("USDC-CDCA") in cause number 2:19-cv-05299 VAP (JPRx) conflicts with the Original Agreement, the order issued by the United States District Court in the Central District of California ("USDC-CDCA") in cause number 2:19-cv-05299 VAP (JPRx) approving the sale of the Ophir Collection shall control.

3. The terms and conditions of the Original Agreement not modified or superseded by the terms of this addendum shall remain in full force and effect.

The effective date of this addendum shall be January 8, 2020

**THIS ADDENDUM CONSISTS OF ONE PAGE**

Signatures:

_____ Date: 1/8/2020
Blake C Alsbrook – Successor Receiver

_____ Date: 1-8-2020
Brett Regal for Trade Base Sales, Inc.

_____ Date: 1-8-2020
Clark Hills for Global Trust Depository

_____ Date: 1-8-2020
Helen Nels for Afristocktrading (PTY) Ltd and its Partners

Exhibit B Page 27