Blake C. Alsbrook, CSBN 262603
Successor Receiver
1875 Century Park East, Suite 2200
Los Angeles, California 90067-2523
Telephone: 310.553.1500
Facsimile: 310.553.1540
E-Mail: bca@paslaw.com

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| OCEAN THERMAL ENERGY CORPORATION,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>C. ROBERT COE III; BRETT M. REGAL; DAVID R. LARGE; MIGRATION PARTNERS LLC; and TRADE BASE SALES, INC.,<br><br>　　　　Defendants. | Case No.   2:19-cv-05299 VAP(JPRx)<br>　　　　　  2:18-mc-00141-UA<br><br>Hon. Virginia A. Phillips<br><br>**[AMENDED PROPOSED] ORDER APPROVING SALE OF RECEIVERSHIP ESTATE PROPERTY** |

　　　The Court, having considered the Stipulation submitted concurrently herewith, and with good cause appearing to approve the sale of the Ophir Collection, hereby orders that:

　　　1.　The sale of the Receivership Estate asset known as the Ophir Collection for the Purchase Price of Two Hundred and Twenty Million Dollars ($220,000,000.00 USD the "Purchase Price"), free and clear of all liens and encumbrances, to Africstocktrading (PTY) LTD ("Buyer") is approved and Successor Receiver Blake Alsbrook ("Successor Receiver") is authorized and directed to

proceed with that sale in the manner ordered herein;

2. Successor Receiver shall direct his agent Clark Hills, Vault Manager for Global Trust Depository, to issue a Safekeeping Receipt in the name of Genera Energy Ltd ("Buyer's designee") immediately upon his receipt of this signed order;

3. Successor Receiver shall direct his agent, Clark Hills, Vault Manager for Global Trust Depository, to deliver the original newly-issued Safekeeping Receipt to Successor Receiver Blake Alsbrook;

4. Successor Receiver shall direct his agent, Clark Hills, Vault Manager for Global Trust Depository, to deliver a copy of the newly-issued Safekeeping Receipt to Buyer.

5. Successor Receiver shall retain possession of the original newly-issued Safekeeping Receipt until he has acknowledged receipt of Thirty Million Dollars ($30,000,000.00 USD) of the Purchase Price from Buyer in his receivership account;

6. The parties shall make available a copy of this signed order and a copy of the newly-issued Safekeeping Receipt to all financial institutions necessary in effectuating the transfer of the purchase of the Ophir Collection by way of an MT103 wire transfer (the "MT103 Wire Transfer") to an escrow account established by Clark Hills, the escrow agent;

7. Once the MT103 Wire Transfer into the escrow account established by Clark Hills has been completed, the Receiver shall direct his agent, Clark Hills, to transfer Thirty Million Dollars ($30,000,000.00) to Successor Receiver's receivership account;

8. Once Successor Receiver acknowledges receipt of Thirty

1  Million Dollars ($30,000,000.00 USD) into his receivership
2  account from the escrow agent, he shall deliver to Buyer this
3  signed order along with the original, newly-issued Safekeeping
4  Receipt, specifying that the transfer of the Ophir Collection is
5  made free and clear of all liens and encumbrances;

6      9.   The Successor Receiver shall direct his agent, Clark
7  Hills, Global Trust Depository Vault Manager, to retain
8  possession of the Ophir Collection until the Successor Receiver
9  has delivered to Buyer the original, newly-issued Safekeeping
10 Receipt pursuant to the terms of this signed order and the full
11 Purchase Price has been received into his escrow account;

12     10.  The Successor Receiver shall direct his agent, Clark
13 Hills, the escrow agent, to retain the balance of the Purchase
14 Price in his escrow account until such time as this signed order
15 and the original, newly-issued Safekeeping Receipt are delivered
16 to Buyer pursuant to the terms of this order;

17     11.  Once this signed order and the original newly-issued
18 Safekeeping Receipt are delivered to Buyer pursuant to the terms
19 of this order, the Successor Receiver shall direct his agent,
20 Clark Hills, the escrow agent, to distribute the funds remaining
21 in his escrow account in accordance with the Purchase and Sale
22 agreement entered into by the parties.

23     12.  If the full Purchase Price is not received into the
24 escrow account established by Clark Hills within Seventy-Two (72)
25 hours, excluding non-commercial banking days, of Buyer's receipt
26 of a copy of the newly-issued Safekeeping Receipt, the Successor
27 Receiver shall direct his agent Clark Hills, Global Trust
28 Depository Vault Manager, to invalidate the newly-issued

Safekeeping Receipt and issue a Safekeeping Receipt in the name of the Successor Receiver.

13. After the close of sale of the Ophir Collection, Successor Receiver is directed to file his Final Report and Account in this matter.

DATED: _____

United States District Judge
Central District of California