Blake C. Alsbrook (SBN 262603)
 balsbrook@ecjlaw.com
**ERVIN COHEN & JESSUP LLP**
9401 Wilshire Boulevard, Twelfth Floor
Beverly Hills, California 90212-2974
Telephone (310) 273-6333
Facsimile (310) 859-2325

Successor Receiver

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| STERLING FINANCIAL & REALTY GROUP, INC. | Case No. 2:19-cv-05299-VAP-JPR |
| *Intervenor Plaintiff,* | **ORDER GRANTING EX PARTE APPLICATION FOR ENTRY OF ORDER AUTHORIZING SALE OF RECEIVERSHIP ESTATE PROPERTY** |
| v. | |
| TRADE BASE SALES, INC., MIGRATION PARTNERS, LLC, and BRETT REGAL, | |
| *Intervenor Defendants,* | Judge: Hon. Virginia A. Phillips, Courtroom 6A |
| -and- | |
| DION TULK, OPHIR COLLECTION, LLC, and C. ROBERT COE, III, | |
| *Additional Intervenor Defendants* | |
| -and- | |
| DION TULK and OPHIR COLLECTION, LLC, | |
| *Counter- and Cross-Claimants* | |
| v. | |
| STERLING FINANCIAL & REALTY GROUP, INC., OCEAN THERMAL ENERGY CORPORATION, TRADE BASE SALES, INC., MIGRATION | |

17015.8:11084914.1

ORDER GRANTING EX PARTE APPLICATION FOR ENTRY OF ORDER AUTHORIZING SALE OF
RECEIVERSHIP ESTATE PROPERTY

| | |
|---|---|
| PARTNERS, LLC, and BRETT REGAL, | |
| *Counter- and Cross-Defendants* | |
| -and- | |
| OCEAN THERMAL ENERGY CORPORATION | |
| *Cross-Claimant* | |
| v. | |
| STERLING FINANCIAL & REALTY GROUP, INC., KC MP FUND, LLC, and KC CA FUND, LLC, | |
| *Cross-Defendants*. | |

Successor Receiver Blake C. Alsbrook ("Receiver") has applied, *ex parte,* for an Order authorizing him to enter into an Agreement for the Purchase and Sale of Receivership Estate Property (the "Application").

The Court, having considered the Notice of Ex Parte Application and Application, the Memorandum of Points and Authorities in support thereof, the supporting Declaration of Blake C. Alsbrook and exhibits attached thereto; and any pleadings filed in opposition thereto; and finding good cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Receiver's Application is granted.

2. The Receiver is authorized to sell the collection of gems commonly known as the Ophir Collection to purchaser Novo Integrated Sciences Inc. ("Buyer") for Sixty Million Dollars ($60,000,000.00), on a where is, as is basis, without representations, warranties or covenants, express or implied, of any kind or nature, and free and clear of all liens, claims, and encumbrances, as further detailed in the November 21, 2023 Purchase and Sale Agreement attached as Exhibit 4 to the Declaration of Blake Alsbrook in support of the Application.

3. After the conclusion of the sale the Receiver is directed to file his Final Report and Account, whereby the Court will determine the final distribution of all sale proceeds held by the Receiver.

**IT IS SO ORDERED.**

DATED: December 1, 2023

_____
Honorable Virginia A. Phillips
Senior United States District Judge

17015.8:11084914.1

3

ORDER GRANTING EX PARTE APPLICATION FOR ENTRY OF ORDER AUTHORIZING SALE OF RECEIVERSHIP ESTATE PROPERTY