Blake C. Alsbrook (SBN 262603)
    balsbrook@ecjlaw.com
**ERVIN COHEN & JESSUP LLP**
9401 Wilshire Boulevard, Twelfth Floor
Beverly Hills, California 90212-2974
Telephone (310) 273-6333
Facsimile (310) 859-2325

Receiver

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| STERLING FINANCIAL & REALTY GROUP, INC.<br><br>*Intervenor Plaintiff,*<br><br>v.<br><br>TRADE BASE SALES, INC., MIGRATION PARTNERS, LLC, and BRETT REGAL,<br><br>*Intervenor Defendants,*<br><br>-and-<br><br>DION TULK, OPHIR COLLECTION, LLC, and C. ROBERT COE, III,<br><br>*Additional Intervenor Defendants*<br><br>-and-<br><br>DION TULK and OPHIR COLLECTION, LLC,<br><br>*Counter- and Cross-Claimants*<br><br>v.<br><br>STERLING FINANCIAL & REALTY GROUP, INC., OCEAN THERMAL ENERGY CORPORATION, TRADE BASE SALES, INC., MIGRATION | Case No. 2:19-cv-05299-VAP-JPR<br><br>**NOTICE OF RECEIVER'S CANCELLATION OF PURCHASE AND SALE AGREEMENT (DKT. 209) AND INTENT TO COMMENCE MARKETING OF OPHIR COLLECTION**<br><br>Judge: Hon. Virginia A. Phillips, Courtroom 6A |

| | |
|---|---|
| 1 | PARTNERS, LLC, and BRETT REGAL, |
| 2 | |
| 3 | *Counter- and Cross-Defendants* |
| 4 | -and- |
| 5 | OCEAN THERMAL ENERGY CORPORATION |
| 6 | |
| 7 | *Cross-Claimant* |
| 8 | v. |
| 9 | STERLING FINANCIAL & REALTY GROUP, INC., KC MP FUND, LLC, and KC CA FUND, LLC, |
| 10 | |
| 11 | *Cross-Defendants*. |

**TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on or about September 30, 2024, Successor Receiver Blake C. Alsbrook ("**Receiver**") cancelled the November 21, 2023 Purchase and Sale Agreement entered into with then-prospective buyer Novo Integrated Sciences, Inc. The PSA provided for the sale of a collection of rare gemstones held in the Receivership Estate known as and referred to herein as the "**Ophir Collection**". This Court approved the terms of the PSA by way of its December 1, 2023, Order Granting Ex Parte Application for Entry of Order Authorizing Sale of Receivership Estate Property.

Pursuant to the PSA, Novo was required to pay the balance of the purchase price – $59,975,000 – to the Receiver on or before December 19, 2023. Novo has failed to meet its payment obligations in the approximately ten months since, despite repeated opportunities to do so and the Receiver providing repeated extensions. During that time, Novo offered the Receiver a series of excuses and assurances that prompt payment was forthcoming. In light of such repeated failures, the Receiver

concluded that Novo's repeated breach of its payment obligations under the PSA could no longer be tolerated.  Accordingly, on or about September 30, 2024, the Receiver provided Novo written notice that the PSA was cancelled, effective immediately.

Given the significant and costly delay suffered by the Receivership Estate due to Novo's breach, the Receiver has commenced a review of the viability and value of any prospective claims against Novo.  The Receiver will provide further briefing to this Court should he deem litigation justified on a cost-benefit basis.

All persons now or previously interested in the Ophir Collection should also take notice that the Receiver intends to immediately begin marketing the Ophir Collection for sale in order to mitigate damages created by Novo's breach of the PSA.

The Receiver will keep this Court apprised of any material developments related to the subject matter addressed herein.

DATED: October 17, 2024         ERVIN COHEN & JESSUP LLP

By: _____
Blake C. Alsbrook
Successor Receiver

# CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of October, 2024, I electronically filed the documents entitled: **NOTICE OF RECEIVER'S CANCELLATION OF PURCHASE AND SALE AGREEMENT (DKT. 209) AND INTENT TO COMMENCE MARKETING OF OPHIR COLLECTION** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Matthew A Macdonald    matthew.macdonald@wsgr.com

Brad Dennis Brian    brad.brian@mto.com

Gabriel Barenfeld    pdavis@nflawfirm.com, ktorres@nflawfirm.com, gbarenfeld@nflawfirm.com, fileandcalendar@nflawfirm.com

Blake Corby Alsbrook    dperez@ecjlaw.com, balsbrook@ecjlaw.com, amatsuoka@ecjlaw.com

Gretchen M. Nelson    pdavis@nflawfirm.com, mlevin@nflawfirm.com, gnelson@nflawfirm.com, ktorres@nflawfirm.com, fileandcalendar@nflawfirm.com

James W. Kennedy    jkennedy@kennedyberg.com

Jennifer Lynn Bryant    jennifer.bryant@mto.com

Rowley Rice    angela.easter@mto.com, cherryl.tillotson@mto.com, dkt-filings@mto.com, rowley.rice@mto.com

Robyn Kali Bacon    julia.muhammad@mto.com, robyn.bacon@mto.com

Daniel D. Barks    ddb@barks-law.com

David R Krause-Leemon    dkleemon@icloud.com, david@bk-llaw.com

Jeffrey C Bogert    jtkeith1@verizon.net, bogertlaw@outlook.com

Stuart R Fraenkel    stuart@nflawfirm.com, fileandcalendar@nflawfirm.com

Bert H Deixler    tvaldezco@kbkfirm.com, crossi@kbkfirm.com, pperello@kbkfirm.com, bdeixler@kbkfirm.com

I also certify the document and a copy of the Notice of Electronic Filing was

served via U.S. Mail and e-Mail on the following non-CM/ECF participants:

| | |
|---|---|
| Daniel D. Barks, Esq.<br>THE LAW OFFICES OF DANIEL D. BARKS<br>5555 Glenridge Connector, Suite 550<br>Atlanta, Georgia 30342<br>Telephone: 404.751.0632<br>Facsimile: 866.936.6382<br>E-Mail: ddb@barks-law.com | Counsel for Judgment Creditor Ocean Thermal Energy Corporation<br><br>*Via Email* |
| Brooks Harrison, Esq.<br>Attorneys at Law, PLLC<br>1181 North Freeway, Suite 500<br>Houston, TX 77060<br>E-Mail: brooks@brooksharrison.com | Counsel for Defendants Brett M. Regal and Trade Base Sales, Inc.<br><br>*Via Email* |
| Byron M. Buchanan, Esq.<br>The Buchanan Law Office<br>2616 South Loop West, Suite 305A<br>Houston, TX 77054<br>Telephone: 713.936.0783<br>E-Mail: byron@thebuchananlawoffice.com | Counsel for Defendants Brett M. Regal and Trade Base Sales, Inc.<br><br>*Via Email* |
| Bert H. Deixler  (Counsel for C. Robert Coe III)<br>Kendall Brill & Kelly LLP<br>10100 Santa Monica Blvd., Suite 1725<br>Los Angeles, California 90067<br>Tel: (310) 556-2700 main<br>Tel: (310) 272-7910 direct<br>Fax: (310) 556-2705<br>E-mail:  bdeixler@kbkfirm.com<br>Web:  www.kbkfirm.com | *Via Email* |
| David R. Krause-Leemon  (Counsel for Sterling Financial)<br>BEAUDOIN & KRAUSE-LEEMON, LLP<br>15303 Ventura Boulevard<br>Building C, Suite 870<br>Sherman Oaks, CA 91403<br>Direct Dial:  818-230-7469<br>Mobile:  818-648-2640<br>david@bk-llaw.com<br>www.bk-llaw.com | *Via Email* |

Dated:  October 17, 2024

_____
Debbie A. Perez

11371028.1

5

NOTICE OF RECEIVER'S CANCELLATION OF PURCHASE AND SALE AGREEMENT AND INTENT TO COMMENCE MARKETING OF OPHIR COLLECTION